UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:26-cv-329-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| ABDALLAH OSMAN SHEIKH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

***    ***    ***    ***

This matter is before the Court on Plaintiff United States of America's General Case Status Report, [R. 7]. In its report, Plaintiff requests to have up to and including September 14, 2026 to file a motion for judgment on the pleadings. *Id.* at 2. The Court notes that the defendant was served on May 14, 2026, but has failed to appear. [R. 5]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff United States of America **SHALL** file its motion for judgment on the pleadings **<u>by no later than Monday, September 14, 2026.</u>**

This the 14th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record